Katerina Masovsky, appellee, v. Jakub Batka and Anna Batka, appellants. Gen. No. 27,395.

Action for wages for domestic service. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

Otto Kerner, for appellants; James S. Wight, of counsel. Charles J. Michal, for appellee; Charles P. Molthrop, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

R. Jame, trading as Julian Dress Company, appellee, v. Samuel Eiseman & Company, appellant. Gen. No. 27,404.

Action for breach of contract of sale, defendant having failed to deliver goods ordered, alleging nonacceptance of terms of payment offered, and sale of the goods elsewhere before plaintiff offered to pay cash. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed February 16, 1923.

Beckman, Olson & Phillips, for appellant; Albert O. Olson, of counsel. Adolph Marks, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Louis Rynek, appellee, v. Le-Mieux-Sims Laboratorie, appellant. Gen. No. 27,413.

Action for wages. Deduction claimed for rent and board. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

Robert D. Melick, for appellant. Daniel Wabster, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Louise Hyde, appellee, v. J. W. McLaughlin, trading as Lincoln Hand Laundry, appellant. Gen. No. 27,431.

Action for damages for personal injuries by being knocked down by runaway horse, alleged to have been left insecurely fastened contrary to city ordinance. Defense of contributory negligence. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. E. M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed February 16, 1923.

Thomas H. Murray, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Anna Ahern et al., appellees, v. M. D. Beaudro et al., appellants. Gen. No. 27,441.

Action of forcible entry and detainer against occupant under expired lease, averment of verbal license to remain for a stated period at enhanced rent, but renewal of lease denied. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the Branch